NUMBER 13-04-260-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

CONSECO SERVICES, L.L.C.,                                             Appellant,

v.

LAWRENCE ONDERDONK, ET AL.,                                     Appellees.
_______________________________________________________

On appeal from County Court at Law No. 3
 of Cameron County, Texas
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, CONSECO SERVICES, L.L.C., attempted to perfect an appeal from
an order entered by the County Court at Law No. 3 of Cameron County, Texas. On
June 1, 2004, the trial court entered an order setting aside default judgment against
Conseco Services, L.L.C. as to class certification only.
         The Court, having examined and fully considered the documents on file and the
trial court’s order setting aside default judgment, is of the opinion that the appeal
should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.
                                                                                 PER CURIAM
Memorandum Opinion delivered 
and filed this the 19th day of August, 2004.